MWG:JDT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

KEVIN YOONBO KIM,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE
SOUTHERN DISTRICT OF
CALIFORNIA

(Fed. R. Crim. P. 5)

Case No. 25-MJ-321

EASTERN DISTRICT OF NEW YORK, SS:

Brian Loveland, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

On or about October 31, 2025, the United States District Court for the Southern District of California issued a warrant for the arrest of the defendant KEVIN YOONBO KIM, for violating Title 18, United States Code, Sections 1349 (conspiracy to commit wire fraud), 1343 (wire fraud), 1956(h) (conspiracy to commit money laundering), and 1956(a)(1)(B)(i) (concealment money laundering).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.      On or about October 30, 2025, a grand jury sitting in the Southern District of California returned an 80-count indictment (the "Indictment") that charged the defendant KEVIN YOONBO KIM with violating Title 18, United States Code, Sections 1349 (conspiracy to commit

---

[1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

wire fraud), 1343 (wire fraud), 1956(h) (conspiracy to commit money laundering), and 1956(a)(1)(B)(i) (concealment money laundering).   A true and correct copy of the Indictment is attached as Exhibit A.

2.      In connection with the Indictment, on or about October 31, 2025, the United States District Court for the Southern District of California issued a warrant (the "Warrant") for the arrest of the defendant KEVIN YOONBO KIM.   A true and correct copy of the Warrant is attached as Exhibit B.

3.      On or about November 13, 2025, the defendant KEVIN YOONBO KIM was arrested in Manhattan, New York, by the FBI pursuant to the Warrant.   After his arrest, KEVIN YOONBO KIM confirmed his full name to the FBI, which matched the name listed on the Warrant. I am also familiar with the appearance of KEVIN YOONBO KIM from my involvement with the investigation of the conduct charged in the Indictment.   The individual arrested on November 13, 2025, matches the appearance of the KEVIN YOONBO KIM charged in the Indictment.

4.      Based on the foregoing, I submit that there is probable cause to believe that the defendant is the KEVIN YOONBO KIM wanted in the Southern District of California.

WHEREFORE, your deponent respectfully requests that the defendant KEVIN YOONBO KIM be removed to the Southern District of Florida so that he may be dealt with according to law.

Brian Loveland
Special Agent
Federal Bureau of Investigation

Sworn to before me this
13th day of November, 2025

THE HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK